NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARTRICIA J. CHAPMAN,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2011-3066

---

Petition for review of the Merit Systems Protection Board in case no. AT0752100423-I-1.

---

## ON MOTION

---

## ORDER

Martricia J. Chapman moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**FEB 2 8 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Martricia J. Chapman, Esq.
Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 8 2011

JAN HORBALY
CLERK